IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| CHRISTOPHER BURLESON., Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>PELHAM TRANSPORTATION CORPORATION and THEODORE DEJOURNETTE, JR.,<br><br>Defendants. | Case Number: 1:22-cv-00816<br>Collective Action |

**Joint Motion for Extension of Time for Settlement Negotiations, Including Mediation, and to File a Joint Status Report**

Under Rule 6 of the Federal Rules of Civil Procedure and Local Rule 6.1(a), Plaintiff and Defendants (collectively, the "Parties") jointly move this Court for entry of an order extending the dates by which to engage in settlement negotiations, including mediation, and to file a Joint Status Report. In support of this Motion, the Parties state as follows:

1. On February 10, 2023, Judge Biggs issued an Order (ECF No. 24) granting the Parties Joint Motion for Conditional Certification and Notice to Putative Collection Action Members (ECF No. 19) and directing the Parties to engage in settlement negotiations, including mediation, in a good faith attempt to resolve this matter within sixty (60) days following the close of the opt-in period and file a Joint Status Report by no later than seventy (70) days after the close of the opt-in period;

#11196510v1

1

2. On February 22, 2023, Plaintiff's counsel issued the approved Notice and Consent Form to potential Opt-In Plaintiffs;

3. On April 8, 2023, forty-five (45) days from the date Plaintiff's counsel issued the Notice and Consent Forms, the opt-in period closed;

4. The Parties scheduled mediation on May 17, 2023; however, due to an unexpected conflict, Plaintiff's counsel was unable to attend mediation on that date;

5. The Parties' deadline to engage in settlement negotiations, including mediation, in a good faith attempt to resolve this matter is June 7, 2023, and the Parties deadline to file a Joint Status Report is June 17, 2023;

6. Therefore, the time to engage in settlement negotiations, including mediation, and file a Joint Status Report has not expired;

7. The Parties and mediator have identified July 10, 2023, as the date on which mediation would be rescheduled if the Parties are granted an extension of time;

8. The Parties request an extension of time to engage in settlement negotiations, including mediation, to and including July 10, 2023, and an extension of time to file a Joint Status Report to and including July 20, 2023; and

9. This Motion is not made for the purpose of delay and good cause exists to grant this Motion and the relief requested, which is jointly sought by the Parties.

WHEREFORE, the Parties jointly and respectfully request an extension of time to and including July 10, 2023 to engage in settlement negotiations, including mediation, and to and including July 20, 2023 to file a Joint Status Report.

A proposed order granting this relief has been submitted herewith.

Dated: May 22, 2023

Respectfully submitted,

| | |
|---|---|
| CLINE LAW FIRM, PLLC | SMITH, ANDERSON, BLOUNT, DORSETT, MITCHELL & JERNIGAN, L.L.P. |
| By: /s/ Jason D. Cline <br> Jason D. Cline <br> North Carolina State Bar No. 56905 <br> 6329 Oleander Drive <br> Wilmington, North Carolina 28403 <br> Telephone: (910) 661-2012 <br> Facsimile: (910) 338-0557 <br> Email: jason@clinelawnc.com | By: /s/ Shameka C. Rolla <br> Kerry A. Shad <br> North Carolina State Bar No. 18410 <br> Zebulon D. Anderson <br> North Carolina State Bar No. 20831 <br> Shameka C. Rolla <br> North Carolina State Bar No. 56584 <br> Post Office Box 2611 <br> Raleigh, North Carolina 27602-2611 <br> Telephone: (919) 821-6672 <br> Facsimile: (919) 821-6800 <br> Email: kshad@smithlaw.com <br> Email: zanderson@smithlaw.com <br> Email: srolla@smithlaw.com |
| SANFORD LAW FIRM, PLLC | |
| By: /s/ Josh Sanford <br> Josh Sanford <br> Arkansas State Bar No. 2001037 <br> Kirkpatrick Plaza <br> 10800 Financial Centre Pkwy, Suite 510 <br> Little Rock, Arkansas 72211 <br> Telephone: (501) 221-0088 <br> Facsimile: (888) 787-2040 <br> Email: josh@sanfordlawfirm.com | *Attorneys for Defendants* |
| *Attorneys for Plaintiff* | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the date below, a copy of the foregoing Notice of Appearance was served on the parties named below in the manner indicated.

## BY ELECTRONIC SERVICE VIA CM/ECF

Jason D. Cline
CLINE LAW FIRM, PLLC
6329 Oleander Drive
Wilmington, North Carolina 28403
Jason@ClineLawNC.com

Josh Sanford
SANFORD LAW FIRM, PLLC
Arkansas State Bar No. 2001037
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
ecfnotices@sanfordlawfirm.com

*Attorneys for Plaintiff*

This the 22nd day of May, 2023.

By: /s/ Shameka C. Rolla
Shameka C. Rolla