IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA

CHRISTOPHER BURLESON.,
Individually and on Behalf of All Others
Similarly Situated,

          Plaintiff,

v.

PELHAM TRANSPORTATION
CORPORATION and THEODORE
DEJOURNETTE, JR.,

          Defendants.

Case Number: 1:22-cv-00816
Collective Action

**ORDER**

This matter comes before the Court on the parties' Joint Motion for Extension of Time for Settlement Negotiations, Including Mediation, and to File a Joint Status Report. (ECF No. 25).

For good cause shown, the Court **GRANTS** the parties' Joint Motion.

IT IS FURTHER **ORDERED** that the Joint Motion is **GRANTED** and that the time for the parties to engage in settlement negotiations, including mediation, is extended to and including July 10, 2023, and the time for the parties to file a Joint Status Report informing the Court whether the parties have reached a resolution and, if no resolution has been reached, proposing a schedule for the remainder of the litigation, is extended to and including July 20, 2023.

IT IS SO ORDERED.

1

This, the ___ day of _____, 2023.

_____<br>United States District Judge

2

Case 1:22-cv-00816-LCB-JEP   Document 25-1   Filed 05/22/23   Page 2 of 2