# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| CHRISTOPHER BURLESON., Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> PELHAM TRANSPORTATION CORPORATION et al., <br><br> Defendants. | 1:22CV816 |

## ORDER

This matter comes before the Court on the parties' Joint Motion for Extension of Time for Settlement Negotiations, Including Mediation, and to File a Joint Status Report. (ECF No. 25).

For good cause shown, the Court **GRANTS** the parties' Joint Motion.

**IT IS FURTHER ORDERED** that the Joint Motion is **GRANTED** and that the time for the parties to engage in settlement negotiations, including mediation, is **extended to and including July 10, 2023**, and the time for the parties to file a Joint Status Report informing the Court whether the parties have reached a resolution and, if no resolution has been reached, proposing a schedule for the remainder of the litigation, is **extended to and including July 20, 2023.**

This, the 23rd day of May 2023.

/s/ Loretta C. Biggs
United States District Judge