IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| CHRISTOPHER BURLESON., Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>PELHAM TRANSPORTATION CORPORATION and THEODORE DEJOURNETTE, JR.,<br><br>Defendants. | Case Number: 1:22-cv-00816<br>Collective Action |

**ORDER**

This matter comes before the Court on the parties' Second Joint Motion for Extension of Time for Settlement Negotiations, Including Mediation, and to File a Joint Status Report. (ECF No. 27).

For good cause shown, the Court **GRANTS** the parties' Second Joint Motion.

IT IS FURTHER **ORDERED** that the Second Joint Motion is **GRANTED** and that the time for the parties to engage in settlement negotiations, including mediation, is **extended to and including September 8, 2023**, and the time for the parties to file a Joint Status Report informing the Court whether the parties have reached a resolution and, if no resolution has been reached, proposing a schedule for the remainder of the litigation, is **extended to and including September 18, 2023**.

This, the ___ day of _____, 2023.

1

                                                  _____
                                                  United States District Judge