IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| CHRISTOPHER BURLESON, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>PELHAM TRANSPORTATION CORPORATION, et al.,<br><br>　　　　　Defendants. | 1:22CV816 |

**ORDER**

This matter comes before the Court on the parties' Second Joint Motion for Extension of Time for Settlement Negotiations, Including Mediation, and to File a Joint Status Report. (ECF No. 27).

For good cause shown, the Court **GRANTS** the parties' Second Joint Motion.

**IT IS FURTHER ORDERED** that the Second Joint Motion is **GRANTED.** The time for the parties to engage in settlement negotiations, including mediation, is **extended to and including September 8, 2023**. The time for the parties to file a Joint Status Report informing the Court whether the parties have reached a resolution and, if no resolution has been reached, proposing a schedule for the remainder of the litigation, is extended to and including September 18, 2023.

This, the 7th day of July 2023.

　　　　　　　　　　　　　　　　　　　/s/ Loretta C. Biggs
　　　　　　　　　　　　　　　　　　　United States District Judge