| UNITED STATES DISTRICT COURT MIDDLE DISTRICT OF NORTH CAROLINA | Case No. <u>1:22-cv-00816-LCB-JEP</u> |
|---|---|
| Name of Plaintiff(s): Christopher Burleson | REPORT |
| VERSUS | OF |
| Name of Defendant(s): Pelham Transportation Corporation, et al | MEDIATOR |
| Mediator Name: Kenneth P. Carlson, Jr. | *(For Placement on the CM/ECF Docket)* |
| Telephone No: 336-721-6843 | ___ This is an **Interim Report**. A final report is to be filed after resumption of the mediation |
| E-Mail Address: kcarlson@constangy.com | |

**RECEIVED** In This Office AUG 25 2023 CLERK U.S. DISTRICT COURT GREENSBORO, N.C. /200 CRB

1. **Convening of Mediation.** The mediated settlement conference ordered in this case:

   ___ was held on _____.
   ✓ was NOT held because <u>the parties reported the case settled prior to scheduling a mediation.</u>

2. **Attendance**

   No objection was made on the grounds that any required attendee was absent.
   Objection was made by _____

3. **Outcome**

   Complete settlement of the case
   Conditional settlement or other disposition
   Partial settlement of the case
   Recess *(i.e., mediation to be resumed at a later date)*
   Impasse
   Additional Information: _____

4. **Settlement Filings.**
   a) The document(s) to be filed to effect the settlement are: _____
   b) The person responsible for filing the document(s) is: _____
   c) The agreed deadline for filing the document(s) is: _____

**Submission of Report.** Please submit the completed and signed report by mail to Clerk of Court, 324 W. Market St., Greensboro, NC 27401, or, if a Consent to Transfer Documents Electronically Form has been submitted, submit the signed report to medclerk@ncmd.uscourts.gov.

**I have submitted this completed report with ten (10) days after conclusion of the conference.**

_/s/ Kenneth P. Carlson_  8/23/23
Mediator Signature     Date

10034505v1