IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| CHRISTOPHER BURLESON., Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>PELHAM TRANSPORTATION CORPORATION and THEODORE DEJOURNETTE, JR.,<br><br>Defendants. | Case Number: 1:22-cv-00816-LCB-JEP<br>Collective Action |

**Joint Status Report and Joint Motion to Set Briefing Schedule**

The Parties have reached a settlement agreement to resolve this litigation, subject to this Court's approval pursuant to 216(b) of the Fair Labor Standards Act. However, the Parties are still working on reducing their settlement agreement to writing. The Parties expect to reach a final executed written settlement agreement in the coming weeks.

To allow them adequate time to reach an executed written settlement agreement, the Parties request that this Court set a deadline of October 9, 2023, for the filing of a motion and brief requesting that this Court approve their settlement agreement.

A proposed order granting this relief has been submitted herewith.

Dated: September 14, 2023

                          Respectfully submitted,

| CLINE LAW FIRM, PLLC | SMITH, ANDERSON, BLOUNT, DORSETT, MITCHELL & JERNIGAN, L.L.P. |
|---|---|
| By: /s/ Jason D. Cline <br> Jason D. Cline <br> North Carolina State Bar No. 56905 <br> 6329 Oleander Drive <br> Wilmington, North Carolina 28403 <br> Telephone: (910) 661-2012 <br> Facsimile: (910) 338-0557 <br> Email: jason@clinelawnc.com <br><br> SANFORD LAW FIRM, PLLC <br><br> By: /s/ Josh Sanford <br> Josh Sanford <br> Arkansas State Bar No. 2001037 <br> Kirkpatrick Plaza <br> 10800 Financial Centre Pkwy, Suite 510 <br> Little Rock, Arkansas 72211 <br> Telephone: (501) 221-0088 <br> Facsimile: (888) 787-2040 <br> Email: josh@sanfordlawfirm.com <br><br> *Attorneys for Plaintiff* | By: /s/ Shameka C. Rolla <br> Kerry A. Shad <br> North Carolina State Bar No. 18410 <br> Zebulon D. Anderson <br> North Carolina State Bar No. 20831 <br> Shameka C. Rolla <br> North Carolina State Bar No. 56584 <br> Post Office Box 2611 <br> Raleigh, North Carolina 27602-2611 <br> Telephone: (919) 821-6672 <br> Facsimile: (919) 821-6800 <br> Email: kshad@smithlaw.com <br> Email: zanderson@smithlaw.com <br> Email: srolla@smithlaw.com <br><br> *Attorneys for Defendants* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the date below, a copy of the foregoing document was served on the parties named below in the manner indicated.

## BY ELECTRONIC SERVICE VIA CM/ECF

Jason D. Cline
CLINE LAW FIRM, PLLC
6329 Oleander Drive
Wilmington, North Carolina 28403
Jason@ClineLawNC.com

Josh Sanford
SANFORD LAW FIRM, PLLC
Arkansas State Bar No. 2001037
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
ecfnotices@sanfordlawfirm.com

*Attorneys for Plaintiff*

This the 14th day of September, 2023.

By: /s/ Shameka C. Rolla
Shameka C. Rolla