IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| CHRISTOPHER BURLESON., Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>PELHAM TRANSPORTATION CORPORATION and THEODORE DEJOURNETTE, JR.,<br><br>Defendants. | Case Number: 1:22-cv-00816-LCB-JEP<br>Collective Action |

## [PROPOSED] ORDER

Upon consideration of the Joint Status Report and Joint Motion to Set Briefing Schedule for the parties to file a motion and brief requesting that this Court approve their settlement agreement, said Motion is GRANTED.

The parties shall file a motion and brief requesting such approval by October 9, 2023.

**IT IS SO ORDERED**.

This the _____ day of _____ 2023.

/s/_____
United States District Judge