IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| CHRISTOPHER BURLESON, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>PELHAM TRANSPORTATION CORPORATION, *et al.,*<br><br>Defendants. | 1:22CV816 |

**ORDER**

This matter comes before the Court on the parties' Joint Status Report and Joint Motion to Set Briefing Schedule. (ECF No. 30).

Based on the representations to the Court and for good cause shown,

**IT IS ORDERED** that the Joint Motion is **GRANTED** and the **deadline** for the filing of a motion and brief requesting that this Court approve their settlement agreement **is October 9, 2023**.

This, the 19th day of September 2023.

/s/Loretta C. Biggs
United States District Judge

1