IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| CHRISTOPHER BURLESON., Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> PELHAM TRANSPORTATION CORPORATION and THEODORE DEJOURNETTE, JR., <br><br> Defendants. | Case Number: 1:22-cv-00816 <br> Collective Action |

## NOTICE OF AGREED FILING – LATE CONSENT TO JOIN

Christopher Burleson ("Named Plaintiff"), individually and on behalf of others similarly situated ("Opt-In Plaintiffs" and, together with Named Plaintiff, "Plaintiffs"), by and through his undersigned attorneys, gives notice of the agreed filing of the attached Consent to Join as to Keith Christopher for purposes of finalizing the Parties' settlement. Defendant has consented to this filing.

Date: September 29, 2023

CLINE LAW GROUP, PLLC

By:    /s/ *Jason D. Cline*
Jason L. Cline
North Carolina State Bar No. 56905
6329 Oleander Drive
Wilmington, North Carolina 28403
Telephone: (910) 661-2012
Email: jason@clinelawgroupnc.com

1

SANFORD LAW FIRM, PLLC

By:    /s/ *Josh Sanford*
Josh Sanford
Arkansas State Bar No. 2001037
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Email:    josh@sanfordlawfirm.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the date below, a copy of the foregoing Notice of Appearance was served on the parties named below in the manner indicated.

## BY ELECTRONIC SERVICE VIA CM/ECF

Kerry A. Shad
North Carolina State Bar No. 18410
Zebulon D. Anderson
North Carolina State Bar No. 20831
Shameka C. Rolla
North Carolina State Bar No. 56584
SMITH, ANDERSON, BLOUNT,
DORSETT, MITCHELL &
JERNIGAN, L.L.P.
Post Office Box 2611
Raleigh, North Carolina 27602-2611

*Attorneys for Defendants*

This the 29th day of September, 2023.

By:    /s/ *Josh Sanford*
Josh Sanford

2