IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA

CHRISTOPHER BURLESON., Individually
and on Behalf of All Others Similarly Situated,

Plaintiff,

v.

PELHAM TRANSPORTATION
CORPORATION and THEODORE
DEJOURNETTE, JR.,

Defendants.

Case Number: 1:22-cv-00816
Collective Action

## Consent to Become Party Plaintiff

I hereby consent, under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b), to become a party plaintiff in the above-captioned FLSA lawsuit. I designate the Named Plaintiff listed in the caption above to act as my representative and to make decisions concerning the litigation, the method and manner of conducting this litigation, and entering agreement(s) with Plaintiffs' counsel concerning attorneys' fees, costs, and all other matter pertaining to this lawsuit. I understand that I will be bound by the judgment of the Court as to all issues in this lawsuit, including the fairness of any settlement.

**I declare the foregoing is true and correct and certify that this is my signature below.**

Date: 4/9/23

[Signature Page Follows]

Signature: _Keith Christopher_

KEITH CHRISTOPHER
Name (Please print clearly)

**PLAINTIFF MUST COMPLETE CONTACT INFORMATION ON REVERSE SIDE OF PAGE**

1