IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| CHRISTOPHER BURLESON., Individually and on Behalf of All Others Similarly Situated,<br><br>                        Plaintiff,<br><br>v.<br><br>PELHAM TRANSPORTATION CORPORATION and THEODORE DEJOURNETTE, JR.,<br><br>                        Defendants. | Case Number: 1:22-cv-00816<br>Collective Action |

**JOINT MOTION FOR EXTENSION OF TIME**
**TO FILE MOTION FOR APPROVAL OF SETTLEMENT**

Plaintiffs and Defendants (collectively, the "Parties"), by and through their undersigned counsel, submit the following Joint Motion for Extension of Time to File Motion for Approval of Settlement:

1. On September 14, 2023, the Parties filed a Joint Status Report wherein the Parties stated they had reached a settlement and anticipated filing a motion and brief requesting that this Court approve their settlement agreement by October 9, 2023. *See* ECF 30.

2. The Court acknowledged the Parties' settlement and entered an Order setting the deadline for filing of a motion and brief requesting that this Court approve the settlement agreement as October 9, 2023. *See* ECF No. 31.

1

3. The Parties have finalized and partially executed a written settlement agreement. However, the Parties require additional time in order to fully sign the written agreement and for Plaintiffs to file a Motion for Approval of Settlement.

4. Accordingly, the Parties request that the Court allow them an additional seven (7) days from the filing of this Motion for Extension to fully execute their agreement and for Plaintiffs to file a Motion for Approval of Settlement.

WHEREFORE, premises considered, the Parties respectfully request that the Court extend the deadline for the Parties' filing of a Joint Motion for Approval of Settlement for seven (7) days, to October 16, 2023.

Date: October 9, 2023

CLINE LAW GROUP, PLLC

By: /s/ *Jason D. Cline*
Jason D.. Cline
North Carolina State Bar No. 56905
6329 Oleander Drive
Wilmington, North Carolina 28403
Telephone: (910) 661-2012
Facsimile: (910) 338-0557
Email: jason@clinelawnc.com

SANFORD LAW FIRM, PLLC

By: /s/ *Josh Sanford*
Josh Sanford
Arkansas State Bar No. 2001037
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040
Email: josh@sanfordlawfirm.com

*Attorneys for Plaintiff*

SMITH, ANDERSON, BLOUNT, DORSETT, MITCHELL & JERNIGAN, L.L.P.

By: /s/ *Shameka C. Rolla*
Kerry A. Shad
North Carolina State Bar No. 18410
Zebulon D. Anderson
North Carolina State Bar No. 20831
Shameka C. Rolla
North Carolina State Bar No. 56584
Post Office Box 2611
Raleigh, North Carolina 27602-2611
Telephone: (919) 821-6672
Facsimile: (919) 821-6800
Email: kshad@smithlaw.com
Email: zanderson@smithlaw.com
Email: srolla@smithlaw.com

*Attorneys for Defendants*

3

Case 1:22-cv-00816-LCB-JEP   Document 33   Filed 10/09/23   Page 3 of 4

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the date below, a copy of the foregoing document was served on the parties named below in the manner indicated.

## BY ELECTRONIC SERVICE VIA CM/ECF

Kerry A. Shad
North Carolina State Bar No. 18410
Zebulon D. Anderson
North Carolina State Bar No. 20831
Shameka C. Rolla
North Carolina State Bar No. 56584
SMITH, ANDERSON, BLOUNT,
DORSETT, MITCHELL &
JERNIGAN, L.L.P.
Post Office Box 2611
Raleigh, North Carolina 27602-2611

*Attorneys for Defendants*

This the 9th day of October, 2023.

By: /s/ *Josh Sanford*
Josh Sanford