IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| CHRISTOPHER BURLESON., Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>PELHAM TRANSPORTATION CORPORATION and THEODORE DEJOURNETTE, JR.,<br><br>Defendants. | Case Number: 1:22-cv-00816<br>Collective Action |

## **PROPOSED ORDER**

Having considered the Parties' Joint Motion for Extension of Time to File Motion for Approval of Settlement (ECF No. 33), this Court hereby **GRANTS** the Motion.

**IT IS ORDERED** that Plaintiffs shall file their Motion for Approval of Settlement on or before October 16, 2023.

DATED this ___ day of _____ 2023.

_____
**UNITED STATES DISTRICT JUDGE**

1