IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| CHRISTOPHER BURLESON, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>PELHAM TRANSPORTATION CORPORATION, et al.,<br><br>Defendants. | 1:22CV816 |

## ORDER

This matter comes before the Court on the parties' Joint Status Report and Joint Motion to Set Briefing Schedule. (ECF No. 33).

Based on the representations to the Court and for good cause shown,

**IT IS ORDERED** that the Joint Motion is **GRANTED** and the deadline for the filing of a motion and brief requesting that this Court approve their settlement agreement is October 16, 2023.

This, the 11th day of October 2023.

/s/ Loretta C. Biggs
United States District Judge