IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| CHRISTOPHER BURLESON., Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>PELHAM TRANSPORTATION CORPORATION and THEODORE DEJOURNETTE, JR.,<br><br>Defendants. | Case Number: 1:22-cv-00816<br>Collective Action |

**UNOPPOSED MOTION FOR APPROVAL OF SETTLEMENT**

Christopher Burleson ("Named Plaintiff"), individually and on behalf of the Opt-In Plaintiffs in this action (collectively, "Plaintiffs"), by and through his undersigned attorneys, move this Court for an Order approving the Settlement Agreement reached in this action under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201, et seq., for the reasons set forth in the accompanying brief in support of this Motion. Defendants do not oppose this Motion.

1

Date: October 16, 2023

                                   CLINE LAW GROUP, PLLC

                                   By:    /s/ *Jason D. Cline*
                                   Jason L. Cline
                                   North Carolina State Bar No. 56905
                                   6329 Oleander Drive
                                   Wilmington, North Carolina 28403
                                   Telephone: (910) 661-2012
                                   Email: jason@clinelawnc.com

                                   SANFORD LAW FIRM, PLLC

                                   By:    /s/ *Josh Sanford*
                                   Josh Sanford
                                   Arkansas State Bar No. 2001037
                                   Kirkpatrick Plaza
                                   10800 Financial Centre Pkwy, Suite 510
                                   Little Rock, Arkansas 72211
                                   Telephone: (501) 221-0088
                                   Email: josh@sanfordlawfirm.com

                                   *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the date below, a copy of the foregoing document was served on the parties named below in the manner indicated.

## BY ELECTRONIC SERVICE VIA CM/ECF

Kerry A. Shad
North Carolina State Bar No. 18410
Zebulon D. Anderson
North Carolina State Bar No. 20831
Shameka C. Rolla
North Carolina State Bar No. 56584
SMITH, ANDERSON, BLOUNT,
DORSETT, MITCHELL &
JERNIGAN, L.L.P.
Post Office Box 2611
Raleigh, North Carolina 27602-2611

*Attorneys for Defendants*

This the 16th day of October, 2023.

By: /s/ *Josh Sanford*
Josh Sanford

3