IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| CHRISTOPHER BURLESON, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> PELHAM TRANSPORTATION CORPORATION and THEODORE DEJOURNETTE, JR., <br><br> Defendants. | 1:22CV816 <br> **Collective Action** |

## ORDER

Having considered Plaintiffs' Unopposed Motion for Approval of Settlement (ECF No. 35), this Court hereby **GRANTS** the Motion and finds as follows:

1. The Settlement Agreement reached between Plaintiffs and Defendants is a fair, adequate, and reasonable resolution of a bona fide dispute about wages under the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq.*, and thus, the Settlement Agreement is **APPROVED**.

2. This matter is **DISMISSED** with prejudice. Within (7) seven days of receipt of the Consideration set forth in Section 4 of the Settlement Agreement, the parties shall file a Stipulation of Dismissal with prejudice with the Court.

This, the 25th day of October 2023.

/s/ Loretta C. Biggs

1

United States District Judge