IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA

CHRISTOPHER BURLESON.,
Individually and on Behalf of All Others
Similarly Situated,

        Plaintiff,

v.

PELHAM TRANSPORTATION
CORPORATION and THEODORE
DEJOURNETTE, JR.,

        Defendants.

Case Number: 1:22-cv-00816
Collective Action

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii), the Parties hereby stipulate to the dismissal of this action with prejudice, with each side to bear its own fees and costs except as otherwise agreed.

Date: November 20, 2023

| | |
|---|---|
| CLINE LAW GROUP, PLLC | SMITH, ANDERSON, BLOUNT, DORSETT, MITCHELL & JERNIGAN, L.L.P. |
| By: /s/ *Jason D. Cline* | |
| Jason L. Cline | By: /s/ *Shameka C. Rolla* |
| North Carolina State Bar No. 56905 | Kerry A. Shad |
| 6329 Oleander Drive | North Carolina State Bar No. 18410 |
| Wilmington, North Carolina 28403 | Zebulon D. Anderson |
| Telephone: (910) 661-2012 | North Carolina State Bar No. 20831 |
| Email: jason@clinelawnc.com | Shameka C. Rolla |
| | North Carolina State Bar No. 56584 |
| SANFORD LAW FIRM, PLLC | Post Office Box 2611 |
| | Raleigh, North Carolina 27602-2611 |
| By: /s/ *Josh Sanford* | Telephone: (919) 821-6672 |
| Josh Sanford | |

| | |
|---|---|
| Arkansas State Bar No. 2001037 | Facsimile: (919) 821-6800 |
| Kirkpatrick Plaza | Email: kshad@smithlaw.com |
| 10800 Financial Centre Pkwy, Suite 510 | Email: zanderson@smithlaw.com |
| Little Rock, Arkansas 72211 | Email: srolla@smithlaw.com |
| Telephone: (501) 221-0088 | |
| Facsimile: (888) 787-2040 | *Attorneys for Defendants* |
| Email: josh@sanfordlawfirm.com | |

*Attorneys for Plaintiff*

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the date below, a copy of the foregoing Joint Stipulation of Dismissal was served on the parties named below in the manner indicated.

## BY ELECTRONIC SERVICE VIA CM/ECF

Kerry A. Shad
North Carolina State Bar No. 18410
Zebulon D. Anderson
North Carolina State Bar No. 20831
Shameka C. Rolla
North Carolina State Bar No. 56584
SMITH, ANDERSON, BLOUNT,
DORSETT, MITCHELL &
JERNIGAN, L.L.P.
Post Office Box 2611
Raleigh, North Carolina 27602-2611

*Attorneys for Defendants*

This the 20th day of November, 2023.

By: /s/ *Josh Sanford*
　　　Josh Sanford